UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:25-CR-37-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| v. | ) | |
| | ) | |
| JOEL DAJUAN SWINDELL | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses, without prejudice, the Indictment in this case in that the evidence obtained in this indictment no longer sufficient on the current charges.

Respectfully submitted this the 5th day of May, 2026.

W. ELLIS BOYLE
United States Attorney

BY:    /s/ Jaren E. Kelly
JAREN E. KELLY
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: 919-856-4092
Email: Jaren.Kelly@usdoj.gov
N.C. Bar No. 51627

Leave of Court is granted for the filing of the foregoing dismissal, without prejudice, this _5_ day of May, 2026

JAMES C. DEVER III
United States District Judge